IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DERRICK L. HERRON, JR.,

      Appellant,

 v.
                              Case No.  5D21-3110
                              LT Case No. 2018-CF-01773-B-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 9, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Rachael E. Reese, of O'Brien Hatfield Reese,
P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Daniel P. Caldwell, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


TRAVER, NARDELLA and WOZNIAK, JJ., concur.